IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JEFFREY GLENN TOOHEY,

    Petitioner,

v.                                                                                Civil Action No. **3:19CV193**

M. BOLSTER,

    Respondent.

## MEMORANDUM OPINION

Petitioner, proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on April 5, 2019, the Court directed Petitioner to complete and return, within fifteen (15) days of the date of entry thereof, an affidavit in support of his request to proceed *in forma pauperis* or pay the $5.00 filing fee. More than fifteen (15) days have passed and Petitioner has not returned the required *in forma pauperis* affidavit or paid the filing fee. Accordingly, the petition will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                                                                 /s/
                                      M. Hannah Lauck
Date: **May 10, 2019**               United States District Judge
Richmond, Virginia